IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TERAN, ) | 1:09cv02258 DLB |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| ) | EXTENSION OF TIME |
| ) | |
| ) | (Document 12) |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

On June 14, 2010, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to serve her confidential letter brief. The parties' request is GRANTED.

IT IS SO ORDERED.

Dated:   **June 15, 2010**             /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

1