BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: odell.grooms@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JENNIFER TERAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:09-CV-02258 DLB <br><br> MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DEFENDANT'S RESPONSIVE BRIEF AND ORDER |

    Defendant, through his undersigned attorney, and in accordance with paragraphs 12-14 of the Court's Scheduling Order for the subject case, moves for an extension of time up to and including November 18, 2010, in which to respond to Plaintiff's opening brief. Counsel for the Commissioner currently has several concurrent matters due in several forums, including the Ninth Circuit Court of Appeals and, due to this workload, is unable to file the response to Plaintiff's opening brief at this time. Counsel assures the court that this request is not made in an attempt to unduly delay these proceedings and that he is proceeding diligently.

///

///

///

The below-signed Counsel for Defendant has contacted Counsel for Plaintiff in the subject case, Ms. Sengthiene Bosavanh. On October 18, 2010, via electronic mail, Ms. Bosavanh authorized the below-signed Counsel to represent to the Court that Defendant does not oppose this request.

                                    Respectfully submitted,

Dated: October 19, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ *Odell Grooms*
                                      ODELL GROOMS
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## ORDER

IT IS SO ORDERED.

Dated: **October 20, 2010**                /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE