BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ODELL GROOMS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: odell.grooms@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| JENNIFER TERAN,    )<br>                          )<br>    Plaintiff,       )<br>                          )<br>       v.            )<br>                          )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of       )<br>Social Security,       )<br>                          )<br>    Defendant.    )<br>_____) | CIVIL NO. 1:09cv02258 DLB<br><br>JOINT STIPULATION FOR EXTENSION<br>OF TIME IN WHICH TO FILE<br>DEFENDANT'S RESPONSIVE BRIEF<br>AND ORDER |

       Defendant, through his undersigned attorney, and in accordance with paragraphs 12-14 of the Court's Scheduling Order for the subject case, moves for an extension of time up to and including December 18, 2010, in which to respond to Plaintiff's opening brief. Counsel for the Commissioner was unexpectedly absent from the office due to emergency sick leave at the time Defendant's Responsive Brief became due and was unable to timely file the brief.. Counsel assures the court that this request is not made in an attempt to unduly delay these proceedings and that he is proceeding diligently.

///

///

///

The below-signed Counsel for Defendant has spoken with Counsel for Plaintiff in the subject case, Ms. Sengthiene Bosavanh. On November 22, 2010, Ms. Bosavanh authorized the below-signed Counsel to represent to the Court that Plaintiff does not oppose this request.

Respectfully submitted,

Dated: November 22, 2010

*/s/ Sengthiene Bosavanh*
SENGTHIENE BOSAVANH
*(via telephonic authorization)*

Dated: November 22, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **November 23, 2010**          /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE