```
Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
(209) 576-0817
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Jennifer Teran, <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | CASE NO. 1:09-cv-2258 <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S REPLY BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a 24-day extension of time to file a reply brief. This extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Reply Brief is January 4, 2011. The new due date will be January 28, 2011. The scheduling order should be modified accordingly.

Dated: December 30, 2010         /s/ Sengthiene Bosavanh

                                 SENGTHIENE BOSAVANH, ESQ.
                                 Attorney for Plaintiff

Dated: December 30, 2010         BENJAMIN B. WAGNER
                                 United States Attorney


                                 By: /s/ Odell Grooms
                                 (as authorized via e-mail)
                                 ODELL GROOMS
                                 Special Assistant United States Attorney

1    IT IS SO ORDERED.

2    **Dated:    December 30, 2010**             /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE