# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER TERAN,<br><br>             Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No.  1:09-cv-02258-SAB<br><br>ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS |

On November 20, 2012, the Ninth Circuit granted Plaintiff Jennifer Teran's appeal and instructed this Court to remand this action to the Commissioner of Social Security for determination of the onset date and for an award of benefits.  (ECF No. 31.)  The Ninth Circuit issued its formal mandate on February 27, 2013.  (ECF No. 34.)

Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's decision.  The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated:   **March 1, 2013**                                        _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

1